company did not guarantee any oral contract; that the provision of the guaranty requiring plaintiff to give notice of default on the part of the Kremo-Lac Company within ten days after such default was not performed by plaintiff in that notice of default in the payment for 'products sold to the Kremo-Lac Company during the first half of August was not given until twelve days after default and that there was a delay of fourteen days in the notice of default as to the payment for the products sold the last half of August.

*Barna Johnson* for appellant.

*Arthur F. Curtis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

IDA GARDNER, Respondent, *v.* JAY GARDNER, Appellant.

*Husband and wife — separation — cruel and inhuman treatment — residence of plaintiff.*

*Gardner* v. *Gardner*, 206 App. Div. 789, affirmed.

(Argued February 25, 1924; decided April 1, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 29, 1923, affirming a judgment in favor of plaintiff entered upon the report of a referee. The action, wife against husband, was to obtain a separation on the ground of alleged cruel and inhuman treatment. Defendant contended that plaintiff had not resided within this state for one year as required by section 1162 of the Civil Practice Act as a condition to the maintenance of such an action.

*Frank S. Coburn* for appellant.

*Benjamin C. Mead* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN JJ. Absent: HISCOCK, Ch. J.